# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. |
| | ) | |
| BESTWALL, LLC, | ) | Underlying Case No. 17-BK-31795 (LTB) |
| | ) | (U.S. Bankruptcy Court for the Western |
| Debtor. | ) | District of North Carolina) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Third Party Asbestos Trusts Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust; Celotex Asbestos Settlement Trust; Flintkote Asbestos Trust; Pittsburgh Corning Corporation Personal Injury Settlement Trust; WRG Asbestos PI Trust; Federal-Mogul Asbestos Personal Injury Trust; Babcock & Wilcox Company Asbestos PI Trust; United States Gypsum Asbestos Personal Injury Settlement Trust; and Owens Corning / Fibreboard Asbestos Personal Injury Trust (collectively, the "Trusts") to Quash or Modify Subpoenas (the "Motion") served on them and the Delaware Claims Processing Facility (the "DCPF"), and any response thereto, it is hereby ORDERED the Motion is GRANTED;

It is FURTHER ORDERED that the subpoenas seeking the production of documents from the Trusts and the DCPF are QUASHED.

BY THE COURT:

_____
USDJ.