## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 21–mc–0141–CFC |
| | ) | |
| BESTWALL, LLC, | ) | Underlying Case: 17-BK-31795 |
| | ) | (U.S. Bankr. W.D.N.C.) |
| Debtor. | ) | |

## AMENDED EXHIBIT A
## JOINDER & MOTION TO QUASH OR MODIFY SUBPOENAS, OR
## ALTERNATIVELY FOR PROTECTIVE ORDER

Dated:  May 28, 2021          Hogan♦McDaniel

/s/Daniel K. Hogan
Daniel K. Hogan (DE No. 2814)
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
Telephone: 302.656.7540
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

*Counsel for Matching Claimants*

# AMENDED
# EXHIBIT A

## **Participating Matching Claimant Counsel**

1. Bailey Cowan Heckaman PLLC
2. Baron & Budd, PC
3. Belluck & Fox, LLP
4. Bergman Draper Oslund Udo, PLLC
5. Berman Law PC
6. Bevan & Associates CPA, Inc.
7. Brayton Purcell, LLP
8. Brookman Rosenberg Brown & Sandler
9. Brown Kiely, LLP
10. Cascino Vaughn Law Offices Ltd.
11. Climaco Wilcox Peca & Garofoli Co. LPA
12. Coady Law Firm
13. Cooney & Conway, LLP
14. Cooper, Hart, Leggievo & Whitehead, PLLC
15. Cumbest, Cumbest, Hunter & McCormick
16. Deakle Law Firm
17. Dean Omar Branham & Shirley, LLP
18. DuBose Law Firm, PLLC
19. Early Lucarelli Sweeney and Meisenkothend LLC
20. Edward O. Moody, P.A.
21. Flint Law Firm, LLC
22. Foster & Sear LLP
23. George & Farinas, LLP
24. Gold Law Firm
25. Goldberg Persky & White PC
26. Hossley Embry, LLP
27. Hotze Runkle, PLLC
28. James F. Humpherys &Associates, L.C.
29. Kaeske Law Firm
30. Karst & von Oiste, LLP
31. Keller, Fishback & Jackson, LLP
32. Kelley & Ferraro, LLP
33. Koonz McKenney Johnson & DePaolis, LLP
34. Lanier Law Firm

35. Law Office of Stephen Healy
36. Law Offices of Peter G. Angelos, P.C.
37. Levy Konigsberg
38. Lipsitz, Ponterio & Comerford, LLC
39. Locks Law Firm
40. Madeksho Law Firm
41. Michie Hamlett PLLC
42. Motley Rice LLC
43. MRHFM-Maune Raichle Hartley French & Mudd
44. Nass Cancelliere, PC
45. O'Brien Law Firm PC
46. Patten Wornom Hatten & Diamonstein
47. Provost Umphrey
48. Rebecca S. Vinocur, PA
49. Robert Peirce & Associates, PC
50. Robins Cloud, LLP
51. Rogers, Patrick, Westbrook & Brickman, LLC
52. Serling & Abramson, PC
53. Shein Law Center, Ltd.
54. Shepard Law
55. Shrader & Associates, LLP
56. Simmons Hanly Conroy
57. Simon Greenstone Panatier, PC
58. Stephen L. Shackelford, PLLC
59. SWMW Law, LLC
60. The Early Law Firm, LLC
61. The Ferraro Law Firm, PA
62. The Gori Law Firm P.C.
63. The Hoffman Law Firm/Law Office of Shepard A Hoffman
64. The Law Office of Alwyn H. Luckey PA
65. The Law Offices of Peter T. Nicholl
66. The Lipman Law Firm
67. The Nemeroff Law Firm
68. The Ruckdeschel Law Firm LLC
69. The Williams Law Firm, P.C.
70. Thornton Law Firm
71. Vogelzang Law

72. Wallace & Graham
73. Waters & Kraus and Galiher DeRobertis and Waxman
74. Weitz & Luxenberg, PC
75. Williams Hart Boundas Easterby, LLP
76. Wise & Julian, PC
77. Worthington & Caron, PC