# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 21–mc–0141–CFC |
| | ) | |
| BESTWALL, LLC, | ) | Underlying Case: 17-BK-31795 |
| | ) | (U.S. Bankr. W.D.N.C.) |
| Debtor. | ) | |

**JOINDER TO JOINDER AND MOTION IN SUPPORT OF QUASHING SUBPOENAS & JOINDER AND RESPONSE IN OPPOSITION TO BESTWALL LLC'S MOTION TO TRANSFER AND SUPPLEMENTAL MOTION TO TRANSFER**

Come now, Moving Claimants represented by certain law firms[1], all of which filed lawsuits on behalf of their respective clients in Illinois. These select Moving Claimants hereby join (a) the Joinder and Motion in Support of Quashing or Limiting Bestwall/Georgia Pacific Subpoenas (D.I. 21) and (b) the Joinder & Response In Opposition to Bestwall LLC's Motion to Transfer and Supplemental Motion to Transfer (D.I. 25) filed by the clients of the Cooney & Conway law firm. Like the clients of Cooney & Conway, the joining parties filed cases against Georgia-Pacific/Bestwall in Cook County, Madison County, and St. Clair County, Illinois, where over half of all asbestos cases were filed in 2020. The parties join the Cooney

---

[1] The firms whose clients are moving here are: MRHFM, LLC; Simmons Hanly Conroy; Gori Law Firm; Wise & Julian; SWMW; Shrader & Associates; Flint Law Firm; Goldenberg Heller; Richardson Patrick (RPWB); Dean Omar Bradley; Menges Law Firm; Lanier Law Firm; O'Brien Law Firm; Walton Telken; Smith Cline Smith; and Waters Kraus.

& Conway supplemental joinder to underline the unique aspects of Illinois law and the unique behavior of Georgia-Pacific/Bestwall in the Illinois tort system.[2]

Dated:     May 28, 2021              **Hogan♦McDaniel**

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar 2814)
Garvan F. McDaniel (DE Bar 4167)
1311 Delaware Avenue, Suite 1
Wilmington, DE 19806
Telephone: 302.656.7540
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com

Counsel *for Moving Claimants*

---

[2] See Exh. A, ASBESTOS LITIGATION: 2020 YEAR IN REVIEW, KCIC (industry analysts), at 6.