IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE BESTWALL LLC,<br><br>Debtor. | : Underlying Case No.<br>: 17-BK-31795 (LTB)<br>: (U.S. Bankruptcy Court for the<br>: Western District of North Carolina)<br>:<br>: Misc. No. 21-141 (CFC) |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. Bestwell's *Motion to Transfer* (D.I. 4) and *Supplemental Motion to Transfer* (D.I. 23) are DENIED.

2. The *Motion to Quash* (D.I. 1) is granted without prejudice to Bestwall's right to seek reissuance of subpoenas seeking a narrower document production consistent with the protections afforded by the DE Bankruptcy Court's prior Access Decision.

3. The Clerk of the Court is directed to CLOSE Misc. No. 21-141-CFC.

Entered this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE