**Ballard Spahr LLP**

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Beth Moskow-Schnoll
Tel: 302.252.4447
Fax: 302.252.4466
moskowb@ballardspahr.com

June 10, 2022

*Via CM/ECF*

The Honorable Colm F. Connolly
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *In re Bestwall LLC*, C.A. No. 21-mc-141-CFC

Dear Chief Judge Connolly:

    I write on behalf of the Trusts[1] in response to Bestwall LLC's ("Bestwall") June 8, 2022 letter (D.I. 69) requesting oral argument on various motions pending before the Court, including the Trusts' Motion to Quash or Modify Subpoenas (D.I. 52) and Motion to Stay (D.I. 53). As the Trusts informed the Court in connection with Bestwall's original request for oral argument on May 26, 2022, the Trusts oppose the request because it is premature, and holding oral argument would be inefficient and unnecessary.

    For the reasons stated in the Trusts' Motion to Stay, any oral argument is premature, as the Third Circuit's imminent decision on Bestwall's appeal of this

---

[1] The ten Trusts are: Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust; Babcock & Wilcox Company Asbestos PI Trust; Celotex Asbestos Settlement Trust; DII Industries, LLC Asbestos PI Trust; Federal-Mogul Asbestos Personal Injury Trust; Flintkote Asbestos Trust; Owens Corning / Fibreboard Asbestos Personal Injury Trust Pittsburgh Corning Corporation Personal Injury Settlement Trust; United States Gypsum Asbestos Personal Injury Settlement Trust; and WRG Asbestos PI Trust.

The Honorable Colm F. Connolly
June 10, 2022
Page 2

Court's prior rulings may moot any alleged need for oral argument. The Third Circuit's decision will further impact and shape the content of any oral argument. Moreover, even if this matter is not stayed, no oral argument is necessary because this case has been briefed extensively, both before this Court and the Third Circuit. Accordingly, the Trusts respectfully request the Court deny Bestwall's request for oral argument.

Respectfully submitted,

*/s/ Beth Moskow-Schnoll*

Beth Moskow-Schnoll (No. 2900)

cc:   All counsel (via e-mail and CM/ECF)